**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEVORG MIKAELYAN; ACHKHEN MIKAELYAN, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 07-73459 <br><br> Agency Nos.  A078-668-998 <br> A078-668-999 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Gervorg Mikaelyan, a native of Romania and citizen of Armenia, and

Achkhen Mikaelyan, a native and citizen of Armenia, petition pro se for review of

the Board of Immigration Appeals' order dismissing their appeal from an

immigration judge's decision denying their application for asylum.  Our

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction is governed by 8 U.S.C. § 1252. We review for substantial evidence, *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009), and we dismiss the petition for review.

We lack jurisdiction to review the agency's determination that petitioners failed to establish extraordinary circumstances excusing their untimely filed asylum application because that finding was based on disputed facts. *See Ramadan v. Gonzales*, 479 F.3d 646, 650 (9th Cir. 2007) (per curiam).

**PETITION FOR REVIEW DISMISSED.**